Attachment A (document under seal)

09 cv 1

ABECASSIS V. WYATT, ET AL