**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ODELIA ABECASSIS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-3884 |
| | § | |
| OSCAR S. WYATT, JR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before this case was transferred, defendants Bayoil (USA), Inc. and David B. Chalmers, Jr., the president and secretary of Bayoil, filed a motion to dismiss, (Docket Entry No. 23). The motion argued that these defendants were not subject to personal jurisdiction in Washington, D.C. and that the district court there was not a proper venue. Chalmers submitted two declarations, one describing his own contacts with Washington, D.C. and another describing Bayoil's. (*Id.*, Exs. 1, 2). Chalmers stated that he resides in Houston and that Bayoil's principal place of business is in Houston. (*Id.*, Ex. 1, ¶ 1; Ex. 2, ¶ 1). Because the case has been transferred to the Southern District of Texas, the motion is now moot. It is denied.

The plaintiffs' opposed motion for oral argument, (Docket Entry No. 52), is also pending. Of the motions on which the plaintiffs asked for argument, only El Paso Corporation's motion to dismiss, (Docket Entry No. 26), remains. The plaintiffs' request for oral argument on the motion is granted. A hearing is set for **January 21, 2010 at 10:00 a.m.** in Courtroom 11-B. That hearing

will also serve as the initial pretrial and scheduling conference. The Order entered on December 3, 2009, (Docket Entry No. 62), is vacated, and the April 2010 conference is canceled.

SIGNED on December 15, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge