IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. H-09-3884 |
| § | |
| OSCAR S. WYATT, JR., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On June 30, 2011, the Court held a premotion discovery conference to address a proposed motion for protection by Defendants and a proposed motion to compel by Plaintiffs in response to Plaintiffs' Requests for Production of Documents, Interrogatories, and Requests for Admissions, which were served on all Defendants on or about May 18, 2011.

Plaintiffs withdrew their Requests for Admissions as to all Defendants, and for the reasons stated at the conference, this Court rules that Defendants are not compelled or required to provide responses to Plaintiffs' Requests for Production of Documents or Plaintiffs' Interrogatories.

SIGNED on July 8, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge