IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-3884 |
| | § | |
| OSCAR S. WYATT, JR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

A status and scheduling conference is set for Friday, **November 2, 2012, at 11:00 a.m.**, Central Standard Time, in Courtroom 11-B.

SIGNED on September 30, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge