IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| V. | §   CIVIL ACTION NO. H-09-3884 |
| | § |
| OSCAR S. WYATT, JR., *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER GRANTING CONTINUANCE

The Motion for Continuance filed by defendant, Oscar S. Wyatt, Jr., is granted. The status and scheduling conference is continued from November 2, 2012 and reset to **February 1, 2013**, at 8:30 a.m.

SIGNED on October 23, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge