IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. H-09-3884 |
| § | |
| OSCAR S. WYATT, JR., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The plaintiffs' motion for a seven-day extension to respond to the defendants' Joint Motion for Reconsideration of Summary Judgment or for Certification under 28 U.S.C. § 1292(B), (Docket Entry No. 184), and to respond to the Motion for Reconsideration of Summary Judgment or for Certification under 28 U.S.C. § 1292(B) filed by Bayoil (USA) Inc. and David B. Chalmers, Jr., (Docket Entry No. 185), are granted.

The plaintiffs must file their opposition to the defendants' motions for reconsideration by **November 26, 2012**.

The defendants must file a reply brief, if any, on or before **December 17, 2012**.

SIGNED on November 14, 2012, at Houston, Texas.

                                                          Lee H. Rosenthal
                                        United States District Judge