UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Filed Southern District of Texas MAR 06 2013 David J. Bradley, Clerk of Court*

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 09-cv-3884 |
|---|---|---|---|
| Abecassis et al. ||||
| *versus* ||||
| Wyatt et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | H. Miriam Farber<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>212-848-4000<br>New York 2682433<br>Southern District of New York HF4877 |
|---|---|
| Seeks to appear for this party: | Buhler Ltd. |
| Dated:   3/5/2013 | Signed:  *[signature]* |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 3·7·2013 | Clerk's signature: *[signature]* |

Order — This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States District Judge