UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al., | § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 4:09-cv-03884 |
| OSCAR S. WYATT, JR., et al., | § § § | |
| Defendants | § | |

### DECLARATION OF FRANK G. SOLER

I, FRANK G. SOLER, pursuant to 28 U.S.C. § 1746, affirm under penalty of perjury that the following statements are true and correct:

1. I make the following statements based upon my own personal knowledge and based upon my knowledge of corporate books and records that are maintained by Chevron Corporation and its subsidiary companies.

2. I am currently employed by Chevron Corporation as Senior Liaison, Subsidiary Governance Unit, in the Corporate Governance Division. I have held this position since October 9, 2005. I have over 30 years of experience in corporate governance matters.

3. I have been employed by Chevron Corporation within its Corporate Secretary's Department since 1985 in the following positions: Staff Analyst (1985 through 1995); Senior Administrator, Subsidiary Affairs Unit (1996 to 1999); Manager, Service of Process Unit (1999 to 2001); Subsidiary Governance Liaison (2001 to October 2005); and Senior Liaison, Subsidiary Governance Unit (2005 to Present).

4. As Subsidiary Governance Liaison and as Senior Subsidiary Governance Liaison, my responsibilities have included the oversight of the corporate structure of Chevron Corporation and its direct and indirect subsidiaries.

5. As part of my work responsibilities, I am generally knowledgeable about Chevron Corporation's assets and corporate structure.

6. Chevron Corporation is a Delaware corporation that maintains its principal place of business in San Ramon, California.

7. Chevron Corporation owns shares in, allocates capital to, reviews financial and performance goals for, monitors the performance of, and provides general corporate guidance for its subsidiaries and affiliates.

8. By virtue of Chevron Corporation's stock ownership, the performance and major business plans of its subsidiary corporations may be subject to review by Chevron Corporation, and important actions taken by the management of its subsidiaries are reported to Chevron Corporation. The subsidiaries, however, maintain independent responsibility for the management of their respective businesses, including control over their activities and operations.

9. Each of Chevron Corporation's subsidiaries has its own board of directors and officers who determine its policies and carry on its business.

10. Chevron Corporation does not have offices or conduct operations in the State of Texas.

11. Chevron Corporation is not registered or licensed to do business in the State of Texas.

12. Chevron Corporation does not have a registered agent for service of process in the State of Texas.

13. Chevron Corporation does not maintain bank accounts in the State of Texas.

14. Chevron Corporation does not own real property or personal property in the State of Texas.

15. Chevron Corporation does not sell products or provide services in the State of Texas.

16. Chevron Corporation does not have, conduct, or transact any business in the State of Texas.

17. Chevron Corporation engages in no activity in the State of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2013
      San Ramon, California

_____
FRANK G. SOLER