IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. 4:09-CV-03884 |
| OSCAR S. WYATT, JR., et al., | § § § | |
| Defendants. | § | |

## ORDER

On this day came on to be heard Third-Party Defendant Chevron Corporation's Motion to Dismiss Third-Party Complaint Against Chevron. After due consideration, the Court finds that such Motion is meritorious and should be GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Third-Party Complaint against Chevron Corporation is DISMISSED.

_____
HONORABLE JUDGE GRAY H. MILLER
U.S. DISTRICT JUDGE

NYI-4505746v6