UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY - 2 2013

David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:09-cv-03884 |
|---|---|---|---|
| | ODELIA ABECASSIS, et al. | | |
| | *versus* | | |
| | OSCAR S. WYATT, JR., et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Anne C. Lefever, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>212-858-1267<br>New York, 4597688<br>AL-0828 |
|---|---|
| Seeks to appear for this party: | Atlas Copco Airpower N.V.<br>Atlas Copco CMT (Construction Mining Technique) Sweden AB |
| Dated: May 1, 2013 | Signed: [signature] |

| The state bar reports that the applicant's status is: Currently Registered | |
|---|---|
| Dated: 5/2/13 | Clerk's signature: Ebonee Mattis |

Order                                    This lawyer is admitted *pro hac vice*.

Dated: _____                   _____
                                         United States District Judge