UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:09-cv-03884 |
|---|---|---|---|
| | ODELIA ABECASSIS, et al. | | |
| | *versus* | | |
| | OSCAR WYATT, JR., et al. | | |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY - 2 2013

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Ranah L. Esmaili, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY  10036<br>212-858-1526<br>New York, 4536306<br>RE-3961 |
|---|---|
| Seeks to appear for this party: | Atlas Copco Airpower N.V.<br>Atlas Copco CMT (Construction Mining Technique) Sweden AB |
| Dated:  5/1/13 | Signed: |

The state bar reports that the applicant's status is: CURRently Registered.

| Dated: 5/2/13 | Clerk's signature: Eboncei Mattis |
|---|---|

Order — This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                    United States District Judge