| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |  |
|---|---|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:09cv03884 |
|---|---|---|---|
| Odelia Abecassis, et al ||||
| *versus* ||||
| Oscar S. Wyatt, Jr., et al ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Brett A. Spain<br>Willcox & Savage PC<br>440 Monticello Avenue, Ste. 2200<br>Norfolk, Virginia 23510<br>757-628-5534<br>Virginia Bar No. 44567 |
|---|---|
| Seeks to appear for this party: | Liebherr Export AG and Liebherr France S.A. |
| Dated: 5/3/13 | Signed: [signature] |

| The state bar reports that the applicant's status is: *Active* ||
|---|---|
| Dated: 5/6/2013 | Clerk's signature: *Th Mapp* |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ODELIA ABECASSIS, et al,

    Plaintiffs.

v.                                               Civil Action No. 4:09-cv-03884

OSCAR S. WYATT, JR., et al,

    Defendants.

## AFFIDAVIT OF BRETT A. SPAIN

COMMONWEALTH OF VIRGINIA,

CITY OF NORFOLK, to wit:

    BRETT A. SPAIN, being duly sworn, deposes and states as follows:

    I have received and familiarized myself with the Local Rules of the Southern District of Texas and the Court Proceedings of Judge Gray H. Miller.

                                     Brett A. Spain
                                     Willcox & Savage P.C.
                                     440 Monticello Avenue, Ste. 2200
                                     Norfolk, Virginia 23510
                                     (757) 628-5534 Telephone
                                     (757) 628-5566 Facsimile
                                     bspain@wilsav.com
                                     *Attorney for Defendants, Liebherr Export AG and Liebherr France, SA*

Subscribed and sworn to before me
this 3rd day of May, 2013.

_____
Notary Public

My commission expires:

CATHY EULEEN BAILEY
Notary Public
Commonwealth of Virginia
Registration No. 212505
My Commission Expires Dec. 31, 2013

I-1165694.1