I, Glyn Harris, declare and state as follows:

1. I make this declaration in support of Defendant Serono Pharma International's Motion to Dismiss Third Party Complaint. The facts set forth in this declaration are based on my personal knowledge, information I have obtained from people with knowledge, and review of relevant business documentation maintained by Ares Trading. If called as a witness, I could and would testify competently thereto.
2. I am a board member of Ares Trading. I have held this position since 2011. I am generally knowledgeable with the status and operations of Ares Trading.
3. Serono Pharma International was a division of Ares Trading, S.A., a wholly-owned subsidiary of Serono S.A (now Merck Serono SA). Ares Trading is headquartered in Aubonne, Switzerland.
4. Ares Trading does not maintain a company office or physical address in the State of Texas.
5. Ares Trading does not conduct operations in the State of Texas.
6. Ares Trading is not registered or licensed to do business in the State of Texas.
7. Ares Trading has no tax filing obligations in the State of Texas.
8. Ares Trading does not maintain bank accounts in the State of Texas.
9. Ares Trading does not have a registered agent for service of process in the State of Texas.
10. Ares Trading does not own any real property or personal property in the State of Texas.
11. Ares Trading does not directly sell any product or services in the State of Texas.

I affirm pursuant to 28 U.S.C. §1746 under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May, 2013, in Aubonne, Switzerland.

_____
Glyn Harris

14450587.3