UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al., | § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 4:09-cv-03884 |
| OSCAR S. WYATT, JR., et al., | § § § | |
| Defendants. | § | |

## ORDER

On consideration of Third-Party Defendant's Serono Pharma International's Motion to Dismiss Third-Party Complaint, the Court finds that the Motion is meritorious and should be GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Third-Party Complaint against Serono Pharma International is DISMISSED.

SIGNED on _____, 2013, at Houston, Texas.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE