IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. 4:09-CV-03884 |
| | § | |
| OSCAR S. WYATT, JR., et al., | § | |
| | § | |
| Defendants. | § | |

**THIRD PARTY DEFENDANT SERONO PHARMA INTERNATIONAL'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the following Corporate Disclosure Statement is submitted on behalf of Third-Party Defendant Serono Pharma International.[1]

Serono Pharma International was a wholly-owned division of Ares Trading S.A., a corporation organized under the laws of Switzerland with its principal place of business in Aubonne, Switzerland.

The parent corporation of Ares Trading S.A. is Merck KGaA, a publicly listed company on the Frankfurt stock exchange. No other publicly held corporation owns 10% or more of the stock of Ares Trading S.A.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

  /s/  Roger L. McCleary
Roger L. McCleary, Attorney-In-Charge
TX Bar No. 13393700

---

[1] Serono Pharma International, the named defendant in this action, was a division of Ares Trading S.A. The Serono Pharma International division is now dissolved, and Ares Trading S.A. files this corporate disclosure statement on its behalf.

>S. D. Tex. No. 205
>Meagan P. Wilder
>TX Bar No. 24076769
>S.D. Tex. No. 1550940
>1300 Post Oak Boulevard, Suite 2500
>Houston, Texas 77056
>Phone: (713) 623-0887
>Fax: (713) 871-6853
>Email: rmccleary@bmpllp.com
>        mwilder@bmpllp.com
>
>**ATTORNEYS FOR THIRD-PARTY DEFENDANT SERONO PHARMA INTERNATIONAL**

OF COUNSEL:

**NIXON PEABODY LLP**
Fred A. Kelly (*pro hac vice* admission pending)
Massachusetts Bar No. 544046
Danielle M. McLaughlin (*pro hac vice* admission pending)
Massachusetts Bar No. 675819
Tarae L. Howell (*pro hac vice* admission pending)
Massachusetts Bar No. 679500
100 Summer Street
Boston, MA 02110
Phone: (617) 345-1000
Fax: (617) 345-1300
Email: fkelly@nixonpeabody.com
       dmclaughlin@nixonpeabody.com
       thowell@nixonpeabody.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2013, a copy of the foregoing Corporate Disclosure Statement was filed via the S.D. Texas CM/ECF system. Service on counsel was made on all registered parties through the Panel's CM/ECF system, and paper copies will be sent to those indicated as non-registered participants on the date of filing.

Dated: May 6, 2013                                /s/ Roger L. McCleary