| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:09cv03884 |
|---|---|---|---|
| Odelia Abecassis, et al ||||
| *versus* ||||
| Oscar S. Wyatt, Jr., et al ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Brett A. Spain<br>Willcox & Savage PC<br>440 Monticello Avenue, Ste. 2200<br>Norfolk, Virginia 23510<br>757-628-5534<br>Virginia Bar No. 44567 |
|---|---|
| Seeks to appear for this party: | Liebherr Export AG and Liebherr France S.A. |
| Dated: 5/3/13 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Active |||
|---|---|---|
| Dated: 5/6/2013 | Clerk's signature: *[signature]* M Mapp ||

Order

Dated: 5/13/13

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge