# UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:09-cv-03884 |
|---|---|---|---|
| ODELIA ABECASSIS, et al. | | | |
| *versus* | | | |
| OSCAR S. WYATT, JR., et al. | | | |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAY - 2 2013
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Edward Flanders, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>212-858-1638<br>New York, 2278919<br>EF-9735 |
|---|---|
| Seeks to appear for this party: | Atlas Copco Airpower N.V.<br>Atlas Copco CMT (Construction Mining Technique) Sweden AB |
| Dated: 5/1/13 | Signed: [signature] |

| The state bar reports that the applicant's status is: Currently Registered. |
|---|
| Dated: 5/2/13 | Clerk's signature: Elionai Mathis |

**Order**

Dated: 5/14/13

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge