UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:09-cv-03884 |
|---|---|---|---|

ODELIA ABECASSIS, et al.

*versus*

OSCAR WYATT, JR., et al.

UNITED STATES COURTS
~~SOUTHERN DISTRICT~~ OF TEXAS
FILED

MAY – 2 2013

**David J. Bradley, Clerk of Court**

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Ranah L. Esmaili, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>212-858-1526<br>New York, 4536306<br>RE-3961 |
|---|---|
| Seeks to appear for this party: | Atlas Copco Airpower N.V.<br>Atlas Copco CMT (Construction Mining Technique) Sweden AB |
| Dated: 5/1/13 | Signed: |

| The state bar reports that the applicant's status is: CURRENTLY Registered. | |
|---|---|
| Dated: 5/2/13 | Clerk's signature: Eleanor Mattis |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 5/14/13 | United States District Judge |