IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:09-cv-003884 |
| § | |
| OSCAR S. WHYATT, JR., et al., § | |
| § | |
| Defendants. § | |
| § | |

## NOTICE OF APPEARANCE FOR LIMITED PURPOSES OF COUNSEL

PLEASE TAKE NOTICE that Stephanie D. Clouston, attorney with the law firm of Alston & Bird LLP, hereby enters her appearance in this matter as counsel of record for Third-Party Defendants B. Braun Melsungen AG and Aesculap AG (collectively, the "B. Braun Defendants").

This appearance is for the limited purpose of opposing Third-Party Plaintiffs' motions for an extension of the service deadline (D.N. 282) and for issuance of letters rogatory (D.N. 281) and is subject to and without waiver of this Court's lack of personal jurisdiction over the B. Braun Defendants and the B. Braun Defendants' right to raise, among others, objections as to service of process and subject matter and personal jurisdiction, all of which are hereby expressly preserved. *See Bayou Steel Corp. v. M/V Amstelvoorn*, 809 F.2d 1147, 1148 (5th Cir. 1987); *Painwebber Inc. v. Chase Manhattan Private Bank (Switz.)*, 260 F.3d 453, 461 (5th Cir. 2001).

Dated: June 7, 2013					Respectfully Submitted,


                /s/ *Stephanie D. Clouston*
                Stephanie D. Clouston
                Attorney-In-Charge
                Texas State Bar No. 24002688
                Southern District of Texas Bar No. 1430766
                ALSTON & BIRD LLP
                2828 North Harwood Street
                Suite 1800
                Dallas, TX  75201
                Telephone:  (214) 922-3400
                Facsimile:   (214) 922-3899
                stephanie.clouston@alston.com

                Of Counsel:

                Karl Geercken
                New York State Bar No. 2536662
                (*Pro Hac Vice* To Be Filed)
                Alexander S. Lorenzo
                New York State Bar No. 4426094
                (*Pro Hac Vice* To Be Filed)
                Christina Spiller
                New York State Bar No. 4596177
                (*Pro Hac Vice* To Be Filed)
                ALSTON & BIRD LLP
                90 Park Avenue
                New York, New York 10016
                Phone: (212) 210-9400
                Fax: (212) 210-9444
                karl.geercken@alston.com
                alexander.lorenzo@alston.com
                christina.spiller@alston.com

                **ATTORNEYS FOR THIRD-PARTY**
                **DEFENDANTS B. BRAUN MELSUNGEN**
                **AG AND AESCULAP AG**

**CERTIFICATE OF SERVICE**

      On June 7, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                          s/ *Stephanie D. Clouston*_____