# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ODELIA ABECASSIS, et al.** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:09-CV-003884** |
| | § | |
| **OSCAR S. WYATT, JR., et al.** | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM IN OPPOSITION TO THIRD-PARTY PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY

Third-party defendants B. Braun Melsungen AG and Aesculap AG (collectively, the "B. Braun Defendants") respectfully submit this brief in opposition to the motion of third-party plaintiffs Bayoil (USA), Inc.; David B. Chalmers, Jr.; Oscar S. Wyatt, Jr.; and NuCoastal Corporation (collectively, "Third-Party Plaintiffs") for issuance of letters rogatory.[1]   This opposition is filed simultaneously with the B. Braun Defendants' opposition to the Third-Party Plaintiffs' Second Motion to Extend Time to Serve the Third-Party Complaint (the "Opposition to the Second Motion to Extend Time"), which is incorporated herein by reference.

For the reasons set forth in the B. Braun Defendants' Opposition to the Second Motion to Extend Time, the B. Braun Defendants respectfully submit that Third-Party

---

[1] The B. Braun Defendants are not appearing generally and object to their inclusion in this action because, among other things, this Court lacks jurisdiction over them.  The B. Braun Defendants make this limited appearance only to oppose Third-Party Plaintiffs' motions for an extension of the service deadline and for issuance of letters rogatory.  Nothing herein or otherwise is intended or shall be deemed to be a waiver of this Court's lack of personal jurisdiction over the B. Braun Defendants and the B. Braun Defendants' right to raise, among others, objections as to service of process and subject matter and personal jurisdiction, all of which are hereby expressly preserved.  *See Bayou Steel Corp. v. M/V Amstelvoorn,* 809 F.2d 1147, 1148 (5th Cir. 1987); *Painewebber Inc. v. Chase Manhattan Private Bank (Switz.),* 260 F.3d 453, 461 (5th Cir. 2001).

Plaintiffs' motion for issuance of letters rogatory should be denied as untimely.  The Court-ordered deadline for Third-Party Plaintiffs to serve all third-party defendants in this action expired on the day of the filing of Third-Party Plaintiffs' motion for issuance of letters rogatory, and Third-Party Plaintiffs have not shown good cause warranting an additional extension of the service deadline.  Absent such an extension, Third-Party Plaintiffs' service attempts via letters rogatory would be untimely and, thus, futile.

Accordingly, for the foregoing reasons, the B. Braun Defendants respectfully submit that Third-Party Plaintiffs' Motion for Issuance of Letters Rogatory should be denied in all respects.

Dated: June  7, 2013                    Respectfully Submitted,


                                        /s/ *Stephanie D. Clouston*_____
                                        Stephanie D. Clouston
                                        Attorney-In-Charge
                                        Texas State Bar No. 24002688
                                        Southern District of Texas Bar No. 1430766
                                        ALSTON & BIRD LLP
                                        2828 North Harwood Street
                                        Suite 1800
                                        Dallas, TX  75201
                                        Telephone:  (214) 922-3400
                                        Facsimile:   (214) 922-3899
                                        stephanie.clouston@alston.com

                                        Of Counsel:

                                        Karl Geercken
                                        New York State Bar No. 2536662
                                        (*Pro Hac Vice* To Be Filed)
                                        Alexander S. Lorenzo
                                        New York State Bar No. 4426094
                                        (*Pro Hac Vice* To Be Filed)
                                        Christina Spiller
                                        New York State Bar No. 4596177
                                        (*Pro Hac Vice* To Be Filed)

2

ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
karl.geercken@alston.com
alexander.lorenzo@alston.com
christina.spiller@alston.com

**ATTORNEYS FOR THIRD-PARTY**
**DEFENDANTS B. BRAUN**
**MELSUNGEN AG AND AESCULAP AG**

## <u>CERTIFICATE OF SERVICE</u>

On June 7, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>s/ *Stephanie D. Clouston*</u>