**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ODELIA ABECASSIS, et al.** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:09-CV-003884** |
| | § | |
| **OSCAR S. WYATT, JR., et al.** | § | |
| | § | |
| *Defendants.* | § | |

**[PROPOSED] ORDER DENYING THIRD-PARTY PLAINTIFFS'
MOTION FOR ISSUANCE OF LETTERS ROGATORY**

Upon consideration, Third-Party Plaintiffs' Motion for Issuance of Letters Rogatory (D.N. 281) is hereby DENIED.

Entered this __ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

1