IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ODELIA ABECASSIS, et al.** | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:09-CV-003884 |
| **OSCAR S. WYATT, JR., et al.** | § § § | |
| *Defendants.* | § | |

**[PROPOSED] ORDER DENYING THIRD-PARTY PLAINTIFFS'
SECOND MOTION TO EXTEND TIME
TO SERVE THIRD-PARTY COMPLAINT**

Upon consideration, Third-Party Plaintiffs' Second Motion to Extend Time to Serve Third-Party Complaint (D.N. 282) is hereby DENIED.

Entered this __ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

1