UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS, et al., § | |
| § | |
| *Plaintiffs*, § | |
| v. § | No. 4:09-cv-03884 |
| § | |
| OSCAR S. WYATT, JR., et al., § | |
| § | |
| *Defendants*. § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Philip H. Hilder of Hilder & Associates, P.C. and Philip E. Urofsky and H. Miriam Farber of Shearman & Sterling LLP hereby enter their appearance as counsel of record on behalf of Third Party Defendants Sulzer Markets and Technology AG (named and formerly known as Sulzer Turbo Ltd.), Sulzer Pumpen (Deutschland) GmbH (named as Sulzer Pumpen), ABG Allgemeine Baumaschinen-GesellschaftmbH and Renault Trucks SAS. Mr. Urofsky and Ms. Farber were previously admitted *pro hac vice* in the above-captioned case on behalf of Third Party Defendant Bühler AG (named as Buhler Ltd.) (Dkt. Nos. [225] and [230], respectively).

Dated: June 17, 2013

                                            Respectfully submitted,
                                            HILDER & ASSOCIATES, P.C.

                                      By:  */s/ Philip H. Hilder*
                                                  Philip H. Hilder (attorney-in-charge)
                                                  Texas SBN 09620050
                                                  SDTX ID 2474
                                                  819 Lovett Blvd.
                                                  Houston, Texas 77006
                                                  Tel:  (713) 655-9111
                                                  Fax:  (713) 655-9112
                                                  philip@hilderlaw.com

OF COUNSEL:

SHEARMAN & STERLING LLP

Philip E. Urofsky
801 Pennsylvania Avenue, NW Suite 900
Washington, DC 20004
Tel:  (202) 508-8000
Fax:  (202) 508-8100
philip.urofsky@shearman.com

H. Miriam Farber
599 Lexington Avenue
New York, New York 10022
Tel:  (212) 848-4000
Fax:  (212) 848-7179
mfarber@shearman.com

*Attorneys for Bühler AG (named as Buhler Ltd.), Sulzer Markets and Technology AG (named and formerly known as Sulzer Turbo Ltd.), Sulzer Pumpen (Deutschland) GmbH, ABG Allgemeine Baumaschinen-GesellschaftmbH and Renault Trucks SAS*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 17, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive such notifications.

                                  */s/ Philip H. Hilder*
                                  Philip H. Hilder