IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, ET AL | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:09-CV-03884 |
| | § | |
| OSCAR S. WYATT, JR, ET AL | § | |
| *Defendant* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

NOW INTO COURT, through undersigned counsel, Third Party Defendants, Liebherr Export AG and Liebherr France, SA file this Notice of Appearance of Counsel.

Defendants hereby designate Beau E. LeBlanc of LeBlanc Bland, P.L.L.C., as additional counsel in this case.

Respectfully submitted,

**LEBLANC BLAND P.L.L.C.**

/s/  Beau E. LeBlanc
Beau E. LeBlanc (Bar # 24052964)
bleblanc@leblancbland.com
909 Poydras Street, Suite 1860
New Orleans, Louisiana 70112
Telephone: (504) 528-3088
Facsimile: (504) 586-3419

Attorneys for Liebherr Export AG and
Liebherr France, SA.

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, facsimile, through the Court's electronic filing system or by placing the same in the United States mail, properly addressed and postage pre-paid, this 17th day of June, 2013.

                    /s/  Beau E. LeBlanc