UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   Case No. 4:09-CV-003884 |
| | ) ) |
| OSCAR S. WYATT, JR., *et al.*, | ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE OF MARC TABOLSKY

Third Party Defendant Renault Agriculture & Sonalika International respectfully gives notice of appearance by the following additional counsel:

Marc Tabolsky
State Bar No. 24037576
S.D. Tex. Bar No. 37164
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
Tel.: (713) 632-8000
Fax: (713) 632-8002
E-mail: mtabolsky@yettercoleman.com

Mr. Tabolsky respectfully requests that he be added to the list of counsel on the docket in this action so that he will receive service of filings in this action through the CM/ECF system.

<table>
<tr><td>Dated:  June 19, 2013</td><td>/s/ Charles R. Parker<br>Charles R. Parker<br>State Bar No. 15479500<br>S.D. Tex. Bar No. 2314<br>YETTER COLEMAN LLP<br>909 Fannin, Suite 3600<br>Houston, Texas  77010<br>Tel.:  (713) 632-8000<br>Fax:  (713) 632-8002<br>cparker@yettercoleman.com<br><br>Attorney-In-Charge Third Party Defendant's for Renault Agriculture & Sonalika International</td></tr>
</table>

**Of Counsel:**
Clay J. Pierce
New York Bar No. 2762367
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Tel.: (212) 248-3140
Fax: (212) 248-3141
Clay.pierce@dbr.com

Michael R. Miner
District of Columbia Bar No. 463464
DRINKER BIDDLE & REATH LLP
1500 K St NW,
Washington, DC 20005
Tel.: (202) 842-8800
Fax: (202) 842-8465
Michael.miner@dbr.com

Marc Tabolsky
State Bar No. 24037576
S.D. Tex. Bar No. 37164
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
Tel.:  (713) 632-8000
Fax:  (713) 632-8000
mtabolsky@yettercoleman.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                /s/ Charles R. Parker
                Charles R. Parker