UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:09-cv-03884 |
|---|---|---|---|
| Odelia Abecassis, et. al. | | | |
| *versus* | | | |
| Oscar S. Wyatt, Jr., et. al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Clay J. Pierce<br>DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>Tel.: (212) 248-3140<br>SDNY ID #: CJP-5414<br>New York 2762367 |
|---|---|
| Seeks to appear for this party: | Third Party Defendant Renault Agriculture & Sonalika |
| Dated:   6/17/2013 | Signed: *[signature: Clay J. Pierce]* |

| The state bar reports that the applicant's status is: |
|---|
| Dated:                          Clerk's signature: |

Order                          This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                      United States District Judge