UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:09-cv-03884 |
|---|---|---|---|
| Odelia Abecassis, et. al. ||||
| *versus* ||||
| Oscar S. Wyatt, Jr., et. al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Michael R. Miner<br>DRINKER BIDDLE & REATH LLP<br>1500 K St. NW, Suite 1100,<br>Washington, DC 20005<br>Tel.: (202) 842-8800<br>District of Columbia Bar No. 463464 |
|---|---|
| Seeks to appear for this party: | Third Party Defendant Renault Agriculture & Sonalika |
| Dated:   6/17/2013 | Signed: /s/ Michael R. Miner |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States District Judge