UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:09-CV-03884 |
| | )<br>) |
| OSCAR S. WYATT, JR., *et al.*, | )<br>) |
| Defendants. | ) |

## AFFIDAVIT OF CLAY J. PIERCE

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

CLAY J. PIERCE, being duly sworn, deposes and says:

I have reviewed and familiarized myself with the Local Rules of the Southern District of Texas and the Court Procedures of Judge Gray H. Miller.

Dated: June 20, 2013

_____
Clay J. Pierce

Sworn to before me this 27TH of June 2013

_____
Notary Public

Linda Sussman
Notary Public, State of New York
No. 01SU4902889
Qualified in Bronx County
Commission Expires Aug. 17, 2013