UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION H-09-3884 |
| § | |
| OSCAR S. WYATT, JR., *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER

Defendants/third party plaintiffs' second motion to extend time to serve third party complaint (Dkt. 282) is GRANTED. It is therefore ORDERED that defendants/third party plaintiffs are granted an extension of time to serve third party defendants until August 30, 2013.

Signed at Houston, Texas on June 27, 2013.

_____
Gray H. Miller
United States District Judge