IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-cv-003884 |
| | § | |
| OSCAR S. WYATT, JR., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jared M. Slade, attorney with the law firm of Alston & Bird LLP, hereby enters his appearance in this matter as counsel of record for Third-Party Defendant CG Holdings Belgium N.V., improperly named as CG Holdings Belgium N.V. f/k/a Pauwels International N.V. ("CG Holdings").

This appearance is for the limited purpose of submitting the Second Joint Motion To Establish An Orderly Schedule For Responses To The Third-Party Complaint and is subject to and without waiver of this Court's lack of personal jurisdiction over CG Holdings and CG Holdings' right to raise, among others, objections as to service of process and subject matter and personal jurisdiction, all of which are hereby expressly preserved. *See Bayou Steel Corp. v. M/V Amstelvoorn*, 809 F.2d 1147, 1148 (5th Cir. 1987); *Painwebber Inc. v. Chase Manhattan Private Bank (Switz.)*, 260 F.3d 453, 461 (5th Cir. 2001).

Dated: July 29, 2013                                Respectfully Submitted,


                *s/ Jared M. Slade*
                Jared M. Slade
                Attorney-In-Charge
                Texas State Bar No. 24060618
                Southern District of Texas Bar No. 1813371
                ALSTON & BIRD LLP
                2828 North Harwood Street
                Suite 1800
                Dallas, TX  75201
                Telephone:  (214) 922-3424
                Facsimile:  (214) 922-3899
                jared.slade@alston.com

                *Attorneys for Third-Party Defendant CG Holdings Belgium N.V., improperly named as CG Holdings Belgium N.V., f/k/a Pauwels International N.V.*

*Of Counsel:*

John P. Doherty
New York State Bar No. 2817328
(*Pro Hac Vice* To Be Filed)
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
john.doherty@alston.com

2

**CERTIFICATE OF SERVICE**

      On July 29, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                  *s/ Jared M. Slade*
                                                  Jared M. Slade