```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION
```

Odelia Abecassis, Et Al,         §
                                 §
    Plaintiffs,               §
                                 §
V.                               §         CA-09-3884
                                 §
Oscar S. Wyatt, Jr., Et Al       §
                                 §

    Defendants.

## NOTICE OF SETTING HEARING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:        BOB CASEY FEDERAL BUILDING
                515 RUSK
                HOUSTON, TEXAS 77002
                COURTROOM 700, 7th Floor

**DATE:**         August 7, 2013

TIME:         9:00 A.M.

TYPE OF PROCEEDING: Discovery Hearing.

**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-218-862-1300, Conference Code: 803530.**

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE                DATE:08/02/2013

/S/ Shannon Butler
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD