UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-09-3884 |
| OSCAR S. WYATT, JR., *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER

Third party defendant Serono Pharma International's ("Serono") unopposed motion to extend time (Dkt. 423) is GRANTED. It is therefore ORDERED that the deadline for Serono to file its reply to third party plaintiffs' opposition to Serono's motion to dismiss is extended from August 12, 2013 until the date to be set for such replies that is determined pursuant to Paragraph 7 of this court's order of June 27, 2013. Further, the court will defer ruling on Serono's motion to dismiss under Rule 12(b)(2) (lack of personal jurisdiction) pending a ruling on Serono's motion to dismiss under Rule 12(b)(6).

Signed at Houston, Texas on August 9, 2013.

_____
Gray H. Miller
United States District Judge