CARL A. PARKER
ALLEN PARKER
1 Plaza Square
Port Arthur, Texas 77642-5513

Telephone: (409) 985-8814
Mid-County: (409) 722-8111
Facsimile: (409) 985-2833
www.theparkerlawfirm.com

THE PARKER LAW FIRM

DONALD W. DICKSON II
The Littlefield Building
106 East Sixth Street, Suite 900
Austin, Texas 78701-3665

Office/Mobile (512) 554-5744
Facsimile (512) 322-3952
Email dickson@austin.rr.com

August 15, 2013

Ms. Rhonda Moore-Konieczny
Case Manager for Judge Gray Miller
U.S. District Court, Southern District of Texas

RE: Civil Action No. 4:09-cv-03884; Odelia Abecassis, et al v. Oscar S. Wyatt, Jr., et al

Attached is an affidavit as well as a letter from physicians treating Oscar Wyatt, Jr. Plaintiffs have attempted to schedule a deposition of Mr. Wyatt and have submitted lengthy written discovery.

As counsel for Mr. Wyatt I have objected to taking Mr. Wyatt's deposition based on his physical condition and danger to his health. I have conferred with Plaintiffs' counsel as of August 12, 2013, and we have been unable to reach an agreement as to the Wyatt deposition and discovery.

I am requesting a pre-motion conference/hearing concerning these matters.

Sincerely,

THE PARKER LAW FIRM

/s/ Carl A. Parker

Carl A. Parker

CAP/ps