IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al. | § § § | |
| Plaintiffs, | § § | C.A. No. 4:09-cv-03884 |
| v. | § § | |
| OSCAR S. WYATT, JR., et al. | § § § | |
| Defendants. | § | |

## ORDER

On this day came on for consideration Defendants Bayoil (USA), Inc. and David B. Chalmers, Jr.'s, Motion for Judgment on the Pleadings, which is hereby GRANTED.

IT IS SO ORDERED.

This _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE