IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, *et al*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:09-cv-03884 |
| | § | |
| OSCAR S. WYATT, JR., *et al*, | § | |
|     Defendants | § | |

**SECOND AMENDED STATEMENT ON SERVICE OF THIRD PARTY COMPLAINT**

COME NOW Defendants and Third Party Plaintiffs Bayoil (USA), Inc., David B. Chalmers, Jr., Oscar S. Wyatt, Jr, and NuCoastal Corporation, and in compliance with this Court's August 5th Order (Doc. 418), file this, their Second Amended Statement on Service of Third Party Complaint, and would respectfully show as follows.

Third Party Plaintiffs served a summons and Third-Party Complaint on the following:

| Entity Served | Service Date |
|---|---|
| ABB Elektric Sanayi AS | 05/21/2013 |
| ABB Solyvent-Ventec | 05/15/2013 |
| AGCO Danmark A/S | 05/02/2013 |
| AGCO S.A. | 05/24/2013 |
| AstraZeneca AB | 04/19/2013 |
| Atlas Copco Airpower N.V. | 04/22/2013 |
| Atlas Copco CMT | 04/12/2013 |
| AWB Ltd. | 05/24/2013 |
| Aesculap AG& Co. KG | 05/16/2013 |
| B. Braun Medical S.A.S. | 06/21/2013 |

| Entity Served | Service Date |
|---|---|
| B. Braun Melsungen A.G. | 04/19/2013 |
| Buhler Ltd. | 02/19/2013 |
| Chevron Corp. | 01/15/2013 |
| Dow AgroSciences | 05/16/2013 |
| Eli Lilly Export SA | 04/18/2013 |
| Flowserve Corp. | 01/10/2013 |
| Flowserve Pompes S.A.S. | 07/09/2013 |
| Glaxo SmithKline Walls House | 05/02/2013 |
| Glaxo Wellcome Export Ltd. (Glaxo SmithKline International Limited (Company No. 02298366) for Glaxo Wellcome Export Ltd.) | 05/02/2013 |
| SmithKline Beecham P.L.C. for SmithKline Beecham International | 05/02/2013 |
| Ingersoll-Rand Italiana SPA | 05/13/2013 |
| Ingersoll-Rand Benelux N.V. | 07/02/2013 |
| Ingersoll-Rand World Trade, Ltd. | 06/10/2013 |
| Cilag (AG International) | 04/18/2013 |
| Janssen Pharmaceuticals | 06/03/2013 |
| Liebherr-Export AG | 04/17/2013 |
| Liebherr France, SA | 05/15/2013 |
| Serono Pharma International | 04/16/2013 |
| Merial SAS | 05/26/2013 |
| Novo Nordisk | 05/13/2013 |
| CG Holdings Belgium N.V. f/k/a Pauwels International | 05/30/2013 |
| Railtech International | 05/06/2013 |

| Entity Served | Service Date |
|---|---|
| F. Hoffman-La Roche Ltd. | 04/11/2013 |
| Roche Diagnostics GmbH | 05/15/2013 |
| Rohm and Haas France S.A. | 05/17/2013 |
| Secalt SA | 04/16/2013 |
| St. Jude Medical Export GmbH | 02/19/2013 |
| Sulzer Pumpen | 04/26/2013 |
| Sulzer Turbo Ltd (Markets & Tech) | 04/15/2013 |
| David Brown Transmissions France, S.A. | 05/15/2013 |
| Renault V.I., currently called Renault Trucks SAS | 05/26/2013 |
| Renault Agriculture & Sonalika International | 05/17/2013 |
| Vitol, S.A. | 04/19/2013 |

Third-Party Plaintiffs have attempted service on the following entities, but have not yet received proof of service or service returns:

| Entity Upon Whom Service Not Completed | Service Notes |
|---|---|
| NV Organon | Third-Party Plaintiffs attempted to serve this entity through the Hague Convention's procedure for service abroad. The summons and Third-Party Complaint were sent to the local authority in the Netherlands on April 4, 2013, which received the documents on April 9, 2013. Proof of service has yet to be returned. |
| Aesculap Motric S.A. (now METEC Motric S.A. Medizintechnik) | Third-Party Plaintiffs attempted to serve this entity through the Hague Convention's procedure for service abroad. The summons and Third-Party Complaint were sent to the local authority in Spain on April 4, 2013, which received the documents on April 8, 2013. Proof of service has yet to be returned. |

| Entity Upon Whom Service Not Completed | Service Notes |
|---|---|
| Daewoo International Corporation | Third-Party Plaintiffs attempted to serve this entity through the Hague Convention's procedure for service abroad. The summons and Third-Party Complaint were sent to the local authority in Korea on April 5, 2013, which received the documents on April 8, 2013. Proof of service has yet to be returned, but this entity has appeared in these proceedings. |
| Glaxo Smithkline Egypt SAE | Third-Party Plaintiffs attempted to serve this entity through the Hague Convention's procedure for service abroad. The summons and Third-Party Complaint were sent to the local authority in Egypt on April 3, 2013, which received the documents on April 7, 2013. Service was refused, yet this entity has appeared in these proceedings. |
| ABG Allgemeine Baumaschinen-GesellschaftmbH | Third-Party Plaintiffs attempted to serve this entity through the Hague Convention's procedure for service abroad. The summons and Third-Party Complaint were sent to the local authority in Germany on April 9, 2013, which received the documents on April 11, 2013. Proof of service has yet to be returned, but this entity has appeared in these proceedings. |
| Solar Turbines Europe SA | Third-Party Plaintiffs attempted to serve this entity through the Hague Convention's procedure for service abroad. The summons and Third-Party Complaint were sent to the local authority in Belgium on April 3, 2013, which received the documents on April 5, 2013. Proof of service has yet to be returned, but this entity has appeared in these proceedings. |

| Entity Upon Whom Service Not Completed | Service Notes |
|---|---|
| Volvo Construction Equipment | Third-Party Plaintiffs have attempted to serve this entity twice. Third-Party Plaintiffs attempted personal service at the entity's location in the United States, but the entity was not served because the address was incorrect. Third-Party Plaintiffs also attempted service through the Hague Convention's procedure for service abroad. On April 5, 2013, the summons and Third-Party Complaint were sent to the local authority in Sweden, which received the documents on April 8, 2013. Proof of service has yet to be returned. |
| Weir Group PLC | Third-Party Plaintiffs attempted to serve this entity through the Hague Convention's procedure for service abroad. The summons and Third-Party Complaint were sent to the local authority in Scotland on April 1, 2013, which received the documents on April 3, 2013. Proof of service has yet to be returned. |

Respectfully submitted,

**SPAGNOLETTI & CO.**


*/s/ David S. Toy*
David S. Toy
Texas SBN 24048029 / SDTX ID 588699
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:     713 653 5600
Facsimile:      713 653 5656
Email:           dtoy@spaglaw.com

Attorneys for Defendants and Third Party Plaintiffs
Bayoil (USA), Inc., and David B. Chalmers, Jr.

5

**OF COUNSEL**:

SPAGNOLETTI & CO.
Francis I. Spagnoletti
Texas SBN 18869600 / SDTX ID 5369
Megan A. Whitlock
Texas SBN 24051518 / SDTX ID 685962
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:    713 653 5600
Facsimile:     713 653 5656
Email:         fspagnoletti@spaglaw.com
Email:         mwhitlock@spaglaw.com

**THE NELSON LAW FIRM**


*/s/ Don C. Nelson*
Don C. Nelson
Texas SBN 14890500
3355 West Alabama, Suite 1020
Houston, TX 77098
Telephone:    713 877 7171
Facsimile:     713 877 7198

Attorney for Defendant Nucoastal Corporation

**THE PARKER LAW FIRM**


*/s/ Carl A. Parker*
Carl A. Parker
Texas SBN 15478000 / SDTX ID 6945
1 Plaza Square
Port Arthur, Texas  77642
Telephone:    409 985 8814
Facsimile:     409 985 2833

Attorneys for Defendants Oscar S. Wyatt, Jr.
and Nucoastal Corporation

6

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing.  Service on any party or counsel who is not a Filing User was accomplished via Email, Facsimile, Certified Mail/RRR or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on this 23rd day of September, 2013.

                    */s/ David S. Toy*
                    David S. Toy