IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:09-cv-003884 |
| § | |
| OSCAR S. WYATT, JR., et al., § | |
| § | |
| Defendants. § | |
| § | |

**DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT
CG HOLDINGS BELGIUM N.V. PURSUANT TO FRCP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Third-Party Defendant CG Holdings Belgium N.V. f/k/a Pauwels International N.V. ("CG Holdings") is a Belgian limited liability company which is wholly owned by its parent company, Crompton Greaves Ltd. ("CG"). CG is a publicly listed Indian company, whose shares are traded on the two National Stock Exchanges of India. Other than CG, no publicly held corporation owns 10% or more of CG Holdings.

Dated: September 25, 2013          Respectfully Submitted,

*s/ Jared M. Slade*
Jared M. Slade
Attorney-In-Charge
Texas State Bar No. 24060618
Southern District of Texas Bar No. 1813371
ALSTON & BIRD LLP
2828 North Harwood Street
Suite 1800
Dallas, TX  75201
Telephone:  (214) 922-3424
Facsimile:   (214) 922-3899
jared.slade@alston.com

*Attorneys for Third-Party Defendant CG Holdings
Belgium N.V. f/k/a Pauwels International N.V.*

*Of Counsel:*

John P. Doherty
New York State Bar No. 2817328
(*Pro Hac Vice* To Be Filed)
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
john.doherty@alston.com