IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al | § | |
| Plaintiffs, | § | |
| V. | § | |
| OSCAR S. WYATT, JR., | § | C.A. No. 4:09-CV-03884 |
| Defendants. | § | |

**DEFENDANT, OSCAR WYATT, JR.'S MOTION TO QUASH INTERROGATORIES**

COMES NOW Oscar Wyatt, Jr., Defendant in the above-styled and numbered cause and files this his motion to quash Plaintiffs' interrogatories submitted as of May 8, 2014; and for cause would respectfully show the Court the following:

I.

Oscar Wyatt is a man 89 years old who has suffered two debilitating strokes; and additionally, since having been the victim of strokes, has suffered serious head injuries. Additionally, Oscar Wyatt, Jr. has had to undergo serious surgery to rescue him from life-threatening episodes requiring extensive surgery and rehabilitation. Further, Mr. Wyatt is incapacitated to the point that he needs assistance in moving around; and for the most part is wheelchair bound and is unable and incapable of submitting understandable or rational answers to questioning by an attorney.

II.

Movant would show the Court that Mr. Wyatt's cognitive skills have been diminished to the point that he does not know the consequences of many of his answers and is unable to cooperate or consult adequately with his counsel. Any questions answered by Mr. Wyatt under

oath would likely be not understood by Mr. Wyatt, thereby making such answers inaccurate or untrue.

III.

In support hereof Defendant submits affidavits of the following:

Erik B. Wilson, M.D., F.A.C.S.
Lynn Wyatt
Doris Simmons
Mohammed Attar, M.D.

Respectfully submitted,

THE PARKER LAW FIRM
1 Plaza Square
Port Arthur TX 77642
(409) 985-8814
(409) 985-2833 Fax

/S/ Carl A. Parker
BY: ________________________
CARL A. PARKER
TBA#15478000

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was on this date automatically accomplished on all known filing users through the notice of electronic filing. Service on any party or counsel who is not a filing user was accomplished via email, certified mail/RRR and or U. S. First Class Mail in accordance with the Federal Rules of Civil Procedure on 4th day of June, 2014.

/s/ Carl A. Parker

CARL A. PARKER