# AFFIDAVIT OF DORIS L. SIMMONS

STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned authority, personally appeared Doris L. Simmons, know to me personally, and upon being first duly sworn stated that the following statements are true and correct and made from personal knowledge:

1. My name is Doris L. Simmons and I am over the age of 18 years and qualified make this affidavit.

2. I have been employed by Oscar S. Wyatt, Jr. for twelve and one-half years as his personal executive assistant and my desk sits immediately outside his office.

3. In addition to the substantial motor skills and speech problems resulting from his stroke and fall two years after the stroke, Mr. Wyatt has exhibited a decrease in his cognitive abilities since his hospitalization in February and March of 2013.

4. Mr. Wyatt on a number of occasions has referred to incorrect days of the week such as telling me to do something on Saturday when the office is closed on Saturday. When questioned and reminded with what he said, he corrects the date.

5. Mr. Wyatt could not remember my name or the names of other office personnel when he returned to the office in April and even now very often cannot remember names of persons that he talks to frequently. He refers to Don Nelson, his attorney, as "10" as he works of the 10th floor. Often when he wants to talk to someone, we have to go through a list of people until he responds to a name, even though he is in constant contact with them.

6. Mr. Wyatt exhibits confusion when dealing with numbers. As an example he sometimes ask to be given $200.00 dollars but when questioned he objects that he wanted $2,000.00.

7. Mr. Wyatt is more often confused by changes in situations in the office than in the past.

8. Stressful situations in the office appear to cause more confusion and seems to exacerbate the types of problems discussed above.

9. Mr. Wyatt more frequently responds with an answer that is clearly wrong and when questioned is at first confused and states he meant to respond in the reverse such as yes instead of no.

FURTHER AFFIANT SAYTH NOT:

Doris L. Simmons

Doris L. Simmons

Sworn to before me on this 4th day of September 2013.

JOANN HERRINGTON
MY COMMISSION EXPIRES
March 4, 2016

JoAnn Herrington

Notary Public, State of Texas