# AFFIDAVIT OF DR. MOHAMMED ATTAR

STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me the undersigned, on this 1st day of August 2013, personally appeared Dr. Mohammed Attar, and upon being first duly sworn, stated that the following statements are true and correct.

1. My name is Mohammed Attar, I am over the age of 18 years and qualified to make this affidavit.

2. I am a medical doctor licensed to practice in the state of Texas and am a Fellow of the American College of Cardiology and a Fellow of the American College of Physicians.

3. I am Board Certified in the fields of Cardiology, Internal Medicine and Interventional Cardiology and am accredited at Methodist Hospital in Houston, Texas.

4. Oscar S. Wyatt, Jr. is my patient and has been under my care as a cardiologist for over 15 years and I am fully aware of his physical condition and medical history including the following:

   a. Mr. Wyatt was recently hospitalized with the following diagnoses:

      (1) Sigmoid volvulus with intestinal obstruction
      (2) Acute and chronic systolic heart failure with volume overload
      (3) Coronary artery disease, status post coronary artery bypass surgery, 1998
      (4) History of stroke with right hemi paresis and dysphasia
      (5) Hypertension
      (6) Hyperlipidemia
      (7) Benign prostatic hypertrophy
      (8) Obstructive sleep apnea

5. Mr. Wyatt underwent colon resection with creation of a colostomy during January 2013. He also has a history of heart failure and had a biventricular automatic implantable cardiac defibrillator implanted.

6. Mr. Wyatt is undergoing physical and speech therapy for sequelae of a stroke. He is unable to express himself and his speech is incomprehensible. He tires easily and has twenty-four hour care.

7. Mr. Wyatt continues to exhibit marked neurological deficits especially with muscle weakness and speech impairment and ongoing symptoms of congestive heart failure. He maintained on multiple medications and is visited frequently by his physicians.

8. In Conclusion, in my medical opinion, to cause Mr. Wyatt to undergo the significant stresses of a video deposition places Mr. Wyatt in significant risk of damage to his health and real possibility of additional damage to his heart.

FURTHER AFFIANT SAYETH NOT

Dr. Mohammed Attar, M.D., F.A.C.C., F.A.C.P

Sworn before me on this 1st day of August, 2013

SUSAN J. VEROW
MY COMMISSION EXPIRES
OCTOBER 19, 2014

Susan J. Verow
Notary Public, State of Texas