# AFFIDAVIT OF LYNN S. WYATT

STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned authority, personally appeared Lynn S. Wyatt, know to me personally and upon being first duly sworn, stated the following statements are true and made from personal knowledge:

1. My name is Lynn S. Wyatt and I am over the age of 18 years and qualified to make this affidavit.

2. I have been married to Oscar S. Wyatt, Jr. for over 50 years and we reside together in my home in Houston, Harris County, Texas.

3. My husband suffered from a massive stroke in 2008 with additional major hospitalization in 2013, which has substantially effected his speech, motor skills and cognitive abilities, all of which have exacerbated the dementia he suffers at 89 years of age.

4. If my husband is given a lot of information in the morning he is unable to absorb the pertinent points and will not remember them in the afternoon and more so from one day to the next.

5. Oscar exhibits great difficulty in remembering the names and history of long time employees that he worked with and that he personally hired.

6. Oscar is unable to understand more complex questions but even when asked simple questions he answers "no" when the obvious answer is "yes" and says "fork" when he means "knife" but does not realize he has mispoken. When I challenge the answer and tell him what he said he often says "I meant to say yes" but it is clear he did not know he answered incorrectly.

7. He is confused by stories on TV and dialog and frequently ask what was meant or that he did not understand. I have to provide an explanation and often have to explain what caused me or others to laugh, in essence he often does not "get" the joke.

8. On an increasing basis Oscar is unable to process complex information and gives "non-sense" answers to questions about the information or situation.

9. Oscar can no longer remember details about major business transactions that he personally participated in.

10. His aphasia prevents him from remembering the names of long time friends and events and causes him to be confused, even in ordinary daily situations.

FURTHER AFFIFIANT SAYTH NOT.

Lynn S. Wyatt

Lynn S. Wyatt

Sworn to before me on this 05 day of September 2013.

JoAnn Herrington

Notary Public, State of Texas

JOANN HERRINGTON
MY COMMISSION EXPIRES
March 4, 2016