IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al., | § | |
| | § | |
| Plaintiffs, | § | JURY |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3884 |
| | § | |
| OSCAR S. WYATT, JR., et al., | § | |
| | § | |
| Defendants. | § | |

AFFIDAVIT OF ERIK B. WILSON

STATE OF TEXAS §

COUNTY OF HARRIS §

Before me, the undersigned authority, on this day personally appeared Erik B. Wilson and upon being first duly sworn, he stated that the following statements are true and correct and within his personal knowledge.

1. My name is Erik B. Wilson and I am over the age of 18 years and competent to make this affidavit.
2. I am a duly licensed Medical Doctor in the state of Texas.
3. I hold the designation of F.A.C.S and hold the position of Professor, Department of Surgery, Division Chief, Elective General Surgery, Minimally Invasive Surgery/Bariatric Surgery, Vice Chair, Clinical Affairs with The University of Texas Medical School located in Houston, Harris County, Texas and my office is located at 6431 Fannin Street, Suite 4.156, Houston, Texas 77030.
4. Oscar S. Wyatt, Jr. has been my patient and under my care for approximately the past seven years.
5. Mr. Wyatt has undergone several major surgeries during this period of my care.

6. Mr. Wyatt's medical conditions include vascular disease including cardiovascular disease and neurovascular disease, obesity, sleep apnea, gastro esophageal reflux disease, depression and colonic obstruction which required emergency surgery after returning from Aruba in the Caribbean.
7. The above surgery included a stay in the Methodist Hospital, including ICU, for approximately two months.
8. Mr. Wyatt suffered a severe stroke in 2008, with residual difficulties of hemiparesis, weakness and aphasia. His neurovascular disease combined with his other comorbidities have resulted in continued deterioration of his capacity to communicate accurately.
9. I see him frequently and have great difficulty understanding his wishes and his thought processes. I have noted a continuing deterioration of his cognitive abilities during this period.
10. In my professional opinion, based on my period of treating and interacting with Mr. Wyatt, he could not provide accurate, understandable and reproducible information if he was to undergo a deposition.

FURTHER AFFIANT SAYTH NOT:

MD

Dr. Erik B. Wilson, M.D., F.A.C.S

Signed before me on this 3rd day of June, 2014.

Notary Public for the State of Texas

Respectfully submitted,

*/s/Carl A. Parker*

Carl A. Parker
THE PARKER LAW FIRM
1 Plaza Square
Port Arthur, Texas 77642
Telephone: (409) 985-8814
Telecopier: (409) 985-2833

NELSON LAW FIRM
3355 West Alabama, Suite 1020
Houston, TX 77098
Telephone: (713) 877-7171
Telecopier: (713) 877-7198

ATTORNEYS FOR NUCOASTAL CORPORATION