UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:09-CV-03884 |
|---|---|---|---|

| Odelia Abecassis, et al. |
|---|
| *versus* |
| Oscar S. Wyatt, Jr., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kyle J. Fiet<br>Sidley Austin, LLP<br>1501 K Street NW<br>Washington, DC 20005<br>Telephone: 202-736-8446, Email: kfiet@sidley.com<br>DC Bar No. 988894, NC Bar No. 36751 |
|---|---|

| Name of party applicant seeks to appear for: | Eli Lilly Export S.A., Novo Nordisk A/S, Ingersoll-Rand Italiana S.p.A., and Ingersoll-Rand World Trade, Ltd. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/17/2015 | Signed: *Kyle James Fiet* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

**Order**                This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. 4:09-CV-03884 |
| OSCAR S. WYATT, JR., *et al.*, | § § § | |
| Defendants. | § § | |

### DECLARATION OF KYLE J. FIET

I, Kyle J. Fiet, hereby declare that I have received and familiarized myself with the Local Rules of the Southern District of Texas and the Court Procedures of Judge Gray H. Miller.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2015, in Washington, District of Columbia.

Respectfully submitted,

*/s/ Kyle James Fiet*
Kyle J. Fiet

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with the plaintiffs and third-party plaintiffs in this matter. None of the plaintiffs or third-party plaintiffs have expressed any objection to the foregoing Motion and Order for Admission *Pro Hac Vice*.

/s/ Kyle J. Fiet

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2015, I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive such notifications

/s/ Steven R. Selsberg
Steven R. Selsberg (attorney-in-charge)