IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. 4:09-CV-03884 |
| OSCAR S. WYATT, JR., *et al.*, | § § | |
| Defendants. | § § § | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Third Party Defendants Eli Lilly Export S.A., Novo Nordisk A/S, Ingersoll-Rand Italiana S.p.A., and Ingersoll-Rand World Trade, Ltd. (collectively, "the Movants") move for an order withdrawing Steven R. Selsberg as lead counsel in this matter, and substituting Kyle J. Fiet as lead counsel, on the grounds that Mr. Selsberg has recently departed Sidley Austin, LLP. Mr. Fiet is concurrently filing a separate Motion for Admission *Pro Hac Vice*.

The Movants further request that Mr. Selsberg no longer receive CM/ECF notices in this matter.

Respectfully submitted,

Dated: June 18, 2015

*/s/ Steven R. Selsberg*
Steven R. Selsberg (attorney-in-charge)
Tex. Bar No. 18021550
Federal ID No. 9738
SELSBERG LAW
3355 West Alabama, Suite 444
Houston, TX 77098
Phone: 832-410-8515
Fax: 713-495-7799
Email: steve@selsberglaw.com

*Of Counsel:*

Kyle J. Fiet (*pro hac vice* pending)
SIDLEY AUSTIN, LLP
1501 K Street NW
Washington, DC 20005
Phone: 202-736-8446
Fax: 202-736-8711
Email: kfiet@sidley.com

*Attorneys for Third Party Defendants Eli Lilly Export S.A., Novo Nordisk A/S, Ingersoll-Rand Italiana S.p.A., and Ingersoll-Rand World Trade Ltd.*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with the plaintiffs and third-party plaintiffs in this matter.  None of the plaintiffs or third-party plaintiffs have expressed any objection to the relief requested in the foregoing Unopposed Motion to Substitute Counsel.

/s/ Kyle J. Fiet

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2015, I electronically filed the foregoing Unopposed Motion to Substitute Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered to receive such notifications

/s/ Steven R. Selsberg
Steven R. Selsberg (attorney-in-charge)