IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ODELIA ABECASSIS, *et al.*, | § |
| Plaintiffs, | § § § |
| v. | §  C.A. No. 4:09-CV-03884 |
| OSCAR S. WYATT, JR., *et al.*, | § § |
| Defendants. | § § § |

**ORDER**

Third party defendants Eli Lilly Export S.A., Novo Nordisk A/S, Ingersoll-Rand Italiana S.p.A., and Ingersoll-Rand World Trade, Ltd.'s unopposed motion to substitute counsel (Dkt. ___) is GRANTED. It is therefore ORDERED that Kyle J. Fiet is SUBSTITUTED in place of Steven R. Selsberg on behalf of third party defendants.

Signed at Houston, Texas on _____, ____ 2015.

_____
Gray H. Miller
United States District Judge