United States District Court
Southern District of Texas
ENTERED
January 28, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. 4:09-CV-03884 |
| | § | |
| OSCAR S. WYATT, JR., et al. | § | |
| Defendants. | § | |

---

## FINAL JUDGMENT PURSUANT TO RULE 54(B)

---

On March 31, 2010, this Court dismissed with prejudice the Plaintiffs' claims asserted under the Alien Tort Statute, 28 U.S.C. § 1350, the Torture Victims Protection Act, Pub.L. 102-256, Mar. 12, 1992, 106 Stat. 73, *reprinted as a note to* 28 U.S.C. § 1350, and related claims under theories of vicarious or imputed liability. (Dkt. No. 118). On December 10, 2015, pursuant to Joint Motions to Dismiss, the Court dismissed with prejudice the Plaintiffs' claims against Defendants Oscar S. Wyatt, Jr., NuCoastal Corporation, and NuCoastal Trading Co., S.A. (the "Wyatt Defendants") (Dkt. No. 541), and Defendants El Paso Corporation and El Paso Energy Corporation (the "El Paso Defendants") (Dkt. No. 542).

The Wyatt Defendants have filed a Motion for Entry of Final Judgment pursuant to Federal Rule of Civil Procedure 54(b) seeking final judgment on all claims for all defendants except the remaining live claims under the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333, against Bayoil (USA) Inc., David B. Chalmers, Jr., and Bayoil Supply & Trading Ltd. (the "Bayoil Defendants"). This Court finds no just reason for delaying the entry of final judgment as to all claims against all defendants except those under the ATA against the Bayoil Defendants.

Accordingly, pursuant to Federal Rule of Civil Procedure 54(b), judgment is hereby ENTERED for Defendants Oscar S. Wyatt, Jr., NuCoastal Corporation, NuCoastal Trading Co., S.A., El Paso Corporation, El Paso Energy Corporation, Bayoil (USA) Inc., David B. Chalmers, Jr., and Bayoil Supply & Trading Ltd. on all claims except those claims asserted under the Anti-Terrorism Act, 18 U.S.C. § 2333 *et seq.*, against Bayoil (USA) Inc., David B. Chalmers, Jr., and Bayoil Supply & Trading Ltd. Each party is to bear its own costs of court.

This is a FINAL JUDGMENT.

SIGNED this 28 day of Jan, 2016.

GRAY MILLER
U.S. DISTRICT JUDGE