IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Certified as a true copy and issued
as the mandate on Apr 01, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

4:09CV3884

United States District Court
Southern District of Texas
FILED

APR 0 1 2016

David J. Bradley, Clerk of Court

No. 16-20139

ODELIA ABECASSIS; MARGARITA ABRAMOV; YURI ABRAMOV; MAZAL ALEVI; ORTAL ALEVI, et al,

      Plaintiffs - Appellants

v.

OSCAR S. WYATT, JR.; NUCOASTAL CORPORATION; NUCOASTAL TRADING COMPANY, S.A.; EL PASO ENERGY CORPORATION; DAVID CHALMERS, JR.; BAYOIL SUPPLY & TRADING LIMITED; BAYOIL (USA), INCORPORATED,

      Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

CLERK'S OFFICE:

Under Fed R. App. P. 42(b), the appeal is dismissed as of April 01, 2016, pursuant to appellants' unopposed motion.

      LYLE W. CAYCE
      Clerk of the United States Court
      of Appeals for the Fifth Circuit

      *Dawn Shulin*
      By: _____
      Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 01, 2016

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 16-20139   Odelia Abecassis, et al v. Oscar Wyatt, Jr., et al  
                        USDC No. 4:09-CV-3884

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Dawn M. Shulin, Deputy Clerk  
                        504-310-7658

cc w/encl:  
    Mr. David J. Beck  
    Mr. Sam W. Cruse III  
    Mr. David J. Dickens  
    Mr. Robin C. Gibbs  
    Mr. David M. Gunn  
    Ms. Ashley McKeand Kleber  
    Mr. Jeffrey C. Kubin  
    Mr. Don Chapple Nelson  
    Mr. Carl A. Parker  
    Mr. Barrett Hodges Reasoner  
    Mr. Eric Jonathan Rhine  
    Mr. Alex Benjamin Roberts  
    Mr. Francis I. Spagnoletti  
    Mr. David Stephen Toy