IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. 4:09-CV-03884 |
| | § | |
| OSCAR S. WYATT, JR., et al. | § | |
| | § | |
| Defendants. | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS BROUGHT BY PLAINTIFFS AGAINST DAVID CHALMERS, JR., BAYOIL (USA), INC., AND BAYOIL SUPPLY & TRADING LIMITED

TO THE HONORABLE GRAY MILLER:

Plaintiffs Baruch Yehuda Ziv Brill, Yossef Cohen, Aseal Friedmann, Simon Lebowitz, Yissachar Zvi Lebowitz, Devora Ester Markowitz, Gerald Markowitz, Shifra Markowitz, Sarah Mordechai, Shirin Mordechai, Rosalyn Shoshana Pearl, Aviva Rubinoff, Eliezer Rubinoff, Joseph Rubinoff, Mitchell Jay Rubinoff, Ora Rubinoff, Shoshana Rubinoff, Frances Nati Schnall, Gila Schnall, Ira Yehuda Schnall (collectively "Plaintiffs"), on the one hand, and David B. Chalmers and Bayoil (USA), Inc., file this Joint Motion to Dismiss, in support of which they would show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and David B. Chalmers, Bayoil (USA), Inc., and Bayoil Supply & Trading Limited (collectively "Bayoil Defendants") have resolved the claims between them and request that the Court enter the order submitted herewith dismissing all claims asserted by Plaintiffs against the Bayoil Defendants herein with prejudice to refiling of same.  Each party to this dismissal is to bear its own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and the Bayoil Defendants respectfully request that the Court enter the Joint Order of Dismissal submitted herewith.

Respectfully submitted,

*/S/ DAVID J. DICKENS*
David J. Dickens

**THE MILLER FIRM, LLC**
Michael J. Miller
108 Railroad Avenue
Orange, Virginia 22960
mmiller@millerfirmllc.com
ddickens@millerfirmllc.com

**MM-LAW LLC**
Gavriel Mairone
Bena Ochs
980 Michigan Avenue, Suite 1400
Chicago, IL  60611
ctlaw@mm-law.com
bena@mm-law.com

*Attorneys for Plaintiffs*

*/s/ Frank Spagnoletti*
Frank Spagnoletti

**SPAGNOLETTI & COMPANY**
David Toy
401 Louisiana Street, 8th Floor
Houston, Texas  77002

**ATTORNEYS FOR DEFENDANT
DAVID B. CHALMERS, JR., AND
BAYOIL (USA), INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14 2016, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ David J. Dickens*
                                              David J. Dickens