United States District Court
Southern District of Texas
**ENTERED**
July 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ODELIA ABECASSIS, et al. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. 4:09-CV-03884 |
| OSCAR S. WYATT, JR., et al. | § § § | |
| Defendants. | | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the Joint Motion to Dismiss With Prejudice ("Motion") filed by Plaintiffs and Defendants David B. Chalmers, Jr., and Bayoil (USA) Inc.. The Court is of the opinion that the Motion should be GRANTED. It is therefore,

ORDERED that Plaintiffs' claims against David B. Chalmers, Jr., Bayoil (USA) Inc., and Bayoil Supply & Trading Limited are hereby dismissed with prejudice to the refiling of same. It is further,

ORDERED that each party to this dismissal is to bear its own costs.

SIGNED this the 21 day of July, 2016.

_____
THE HONORABLE GRAY MILLER
UNITED STATES DISTRICT JUDGE